Case 12-17577   Doc 12   Filed 05/25/12   Entered 05/29/12 09:29:55   Desc Main
Document      Page 1 of 2

12-17577:3.0:Application to Proceed In Forma Pauperis:Main Document Entered: 4/30/2012 3:08:02 PM by:Charles McMullen Page 4 of 4
B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT

In re: __Jacqueline Bryant__    Case No. __12-17577__
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED. (Debtor did not appear or file schedules as ordered)

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __306__ on or before __June 29, 2012__

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __5/25/12__

BY THE COURT:

_____
United States Bankruptcy Judge

In re: Jacqueline Bryant
Bankruptcy Case No. 12 B 17577

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on May 25, 2012, I caused to be served copies of the foregoing Application for Waiver of the Chapter 7 Filing Fee to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Lester Smith, Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*Trustee*
**Richard M Fogel**
Shaw Gussis Fishman Glantz Wolfson
321 N Clark Street Suite 800
Chicago, IL 60654

### First Class Mail

*Debtor*
**Jacqueline Bryant**
5811 S. Bishop
Chicago, IL 60636